IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MONICA COLUNGA<br>　　Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. _____<br>JURY DEMAND |
| WALGREEN INC,<br>　　Defendant | § § § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Defendant, WALGREEN COMPANY (Incorrectly sued as Walgreen Inc), and files this its Notice of Removal, and in support thereof would respectfully show this Court as follows:

### I.  State Court Action

1. The above-styled cause was initially brought in the County Court at Law Number 1 of Nueces County, Texas. The State Court action is styled Cause No. 2018CCV-61670-1, Monica Colunga vs. Walgreen Inc., In the County Court at Law Number 1 of Nueces County, Texas.

### II.  Parties

2. Plaintiff Monica Colunga is an individual residing in Corpus Christi, Nueces County, Texas.

3. Defendant Walgreen Company (hereinafter "Walgreens") is a foreign for-profit corporation incorporated in the state of Illinois.

### III.  Jurisdiction

4. This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C.A. §1332 because this is a civil action in which the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is in between citizens of different states (Texas and Illinois). The Plaintiff admits in her Original Petition in State Court that Walgreens is a domestic for-profit corporation to the State of Texas and she is a Texas resident. Furthermore, the Plaintiff has specifically pled that she is seeking monetary relief over $1,000,000.00.

### IV.  Timeliness

5. Defendant Walgreens was served with process and Plaintiff's Original Petition on September 24, 2018. Thirty days have not elapsed since Defendant was served with Process.

6. There are no other Defendants in this matter.

7. Pursuant to 28 U.S.C.A. §1446, this Notice of Removal is timely and proper.

### V.  Attachments

8. Accompanying this Notice of Removal as collective Exhibit A are the following documents:

    i. An index of matters being filed;

    ii. All executed process in the case;

    iii. Pleadings asserting causes of action;

    iv. Defendant Walgreen Co's Original Answer and Jury Demand;

    v. The docket sheet; and

    vi.    A list of all counsel of record, including addresses, telephone numbers, and parties represented.

## VI. Conditions Precedent

9. Defendant has tendered the filing fee to the Clerk of the United States District Court for the Southern District of Texas, Corpus Christi Division, along with the original Notice of Removal. A copy of this Notice of Removal is also being filed in the County Court at Law Number 1 of Nueces County, Texas and all counsel of record are being provided with complete copies.

Accordingly, Defendant respectfully requests that the above action, now pending in the County Court at Law Number 1 of Nueces County, Texas, be removed there from to this Court. Defendant further requests any and all other relief to which it may be entitled.

                                              Respectfully submitted,

                                              /s/David G. Oliveira
                                              **DAVID G. OLIVEIRA**
                                              **State Bar No. 15254675**
                                              **Federal ID No. 34165**
                                              **ROERIG, OLIVEIRA & FISHER, LLP**
                                              10225 N. 10th Street
                                              McAllen, Texas 78504
                                              Telephone: (956) 393-6300
                                              Facsimile: (956) 386-1625
                                              doliveira@rofllp.com
                                              lizg@rofllp.com
                                              **ATTORNEY FOR DEFENDANT,**
                                              **WALGREEN CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2018, a true and correct copy of this Notice of Removal has been forwarded to all counsel of record by certified mail and facsimile transmission, to-wit:

Scott T. Staha
HERRMAN & HERRMAN, PLLC
1201 Third Street
Corpus Christi, Texas 78404
ststaha@herrmanandherrman.com
litigation@herrmanandherrman.com

/s/David G. Oliveira
**DAVID G. OLIVEIRA**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MONICA COLUNGA<br>Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. _____<br>JURY DEMAND |
| WALGREEN INC,<br>Defendant | § § § | |

# **INDEX OF MATTERS FILED**

I.  State Court Documents

    A.  Plaintiff's Original Petition

    B.  Defendant Walgreen Co's Original Answer and Jury Demand

    C.  Docket Sheet

II. Federal Court Documents

    A.  Notice of Removal

    B.  List of Counsel of Record

    C.  Index of Matters Filed



## Notice of Service of Process

CHS / ALL
Transmittal Number: 18742553
Date Processed: 09/25/2018

| | |
|---|---|
| Primary Contact: | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| Entity: | Walgreen Co.<br>Entity ID Number 0501431 |
| Entity Served: | Walgreens, Inc. |
| Title of Action: | Monica Colunga vs. Walgreen Inc |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Nueces County Court at Law, Texas |
| Case/Reference No: | 2018CCV-61670-1 |
| Jurisdiction Served: | Texas |
| Date Served on CSC: | 09/24/2018 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 20 days after service |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Scott T. Staha<br>361-882-4357 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

Filed
9/14/2018 9:17 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2018CCV-61670-1

| | | |
|---|---|---|
| MONICA COLUNGA<br>*Plaintiff*<br><br>vs.<br><br>WALGREEN INC,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE COUNTY COURT<br><br><br>AT LAW NUMBER ____<br><br><br><br>NUECES COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

## TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MONICA COLUNGA, plaintiff, in the above-styled and numbered cause, and files this her Plaintiff's Original Petition and in support thereof would prove as follows:

### I.

### DISCOVERY CONTROL PLAN

1.1     Plaintiff intends to conduct this case under a Level III Discovery Control Plan. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, monetary relief of greater than ONE MILLION ($1,000,000.00) DOLLARS is sought.

### II.

### PARTIES

2.1     Plaintiff Monica Colunga is an individual who resides in Nueces County, Texas.

2.2     Defendant Walgreens Inc, is a domestic for-profit corporation organized and existing under the laws of the State of Texas, is authorized to do business in Texas and may be served with process by serving its registered agent for service, Prentice Hall Corporation System, 211 E. 7th Street #620, Austin, Texas 78701 by personal service.

1

## III.

## JURISDICTION

3.1  The court has jurisdiction over Walgreens Inc., because defendant is doing business in Texas, and is amendable to service by a Texas Court. The court has jurisdiction over the controversy because plaintiff's damages are within the jurisdictional limits of the court.

## IV.

## VENUE

4.1  Venue is proper in Nueces County, Texas. Specifically, venue is proper pursuant to the Texas Civil Practice & Remedy Code, § 15.002 (a) (1) because all the events giving rise to this claim occurred in Nueces County, Texas.

## V.

## FACTUAL ALLEGATIONS

5.1  On or about October 19, 2016, plaintiff was injured on the premises located at 2101 Morgan, Corpus Christi, in Nueces County, Texas. The business operated by the defendant is known as Walgreens Store #03639.

5.2  Plaintiff was a business invitee at the time the injuries occurred. Plaintiff went on to defendant's premises for the mutual benefit of herself and the defendant. Specifically, the plaintiff went there to shop.

5.3  Since plaintiff was an invitee at the time of the injury, defendant owed her a duty to exercise ordinary care to keep the premises in a reasonably safe condition, inspect the premises to discovery latent defects, and to make safe any defects or give adequate warning of any dangers.

5.4  On October 19, 2016, Ms. Colunga arrived at Walgreens to shop. Plaintiff was walking down the aisle when she slipped and fell on water.

5.5 There were no warning signs, barricades or employees of Walgreens warning Ms. Colunga of the wet floor.

## VI.

## NEGLIGENCE

6.1 Plaintiff repeats and incorporates herein the factual allegations stated above as if fully set out and repeated at length.

6.2 The defendant's acts and omissions constitute a breach of the duty or ordinary care owed by the defendant to plaintiff. Furthermore, the defendant knew or should have known that the condition of the premises created an unreasonable risk of harm to plaintiff in one or more, but not limited to, the following ways

a. Defendant allowed a puddle of water to stay on the floor;

b. Defendant knew the puddle of water was on the floor and negligently failed to remove the puddle of water;

c. Defendant failed to exercise ordinary care to reduce or eliminate this risk by failing to maintain the floor in a reasonably safe condition;

d. Defendant failed to exercise ordinary care by failing to remove the puddle of water; and,

e. Defendant failed to exercise ordinary care by failing to warn the plaintiff regarding the slippery and dangerous condition of the floor.

6.3 Each of these acts and omissions, whether taken singularly or in any combination, was a proximate cause of the plaintiff's injuries and damages that are described below.

3

## VII.

## DAMAGES

7.1 Each and all of the above stated acts and/or omissions constitute negligence and the same are a proximate cause of the injuries and damages sustained by plaintiff.

7.2 As a result of plaintiff's injuries, plaintiff suffered the following damages;

    a. Physical pain and mental anguish in the past and future;

    b. Loss of earning capacity, including lost wages, in the past and future;

    c. Physical impairment in the past and future; and

    d. Medical expenses in the past and future.

7.3 Although no amount of money will restore the plaintiff to the same physical and mental condition she was in prior to the incident made the basis of this suit, plaintiff seeks monetary relief over $1,000,000.00.

## VIII.

## REQUEST FOR TRIAL BY JURY

8.1 Plaintiff respectfully requests of this honorable court a trial by a jury of her peers to fully and finally resolve this matter. The jury fee has been tendered.

## IX.

## REQUEST FOR DISCLOSURE

9.1 Plaintiff Monica Colunga makes this Request for Disclosure to Defendant Walgreens Inc. Pursuant to Rule 194 you are requested to disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2 (a) through (l) of the Texas Rules of Civil Procedure.

4

## X.

## PRAYER FOR RELIEF

10.1 **WHEREFORE, PREMISES CONSIDERED,** plaintiff prays that defendant be cited to appear and answer this petition, and that on final hearing of this cause, plaintiff have and recover judgment against the defendant, for:

a. Actual damages;

b. Pre-judgment interest at the maximum legal rate;

c. Post-judgment interest at the maximum legal rate;

d. Costs of court; and,

e. Such other and further relief, in law or equity, general and specific to, which plaintiff may be duly and justly entitled.

Respectfully submitted,

HERRMAN & HERRMAN, PLLC
1201 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 882-4357
Telecopier: (361) 883-7957

By: _____

Scott T Staha
State Bar No. 00785032
**ATTORNEY FOR PLAINTIFF**

E-Service mail : litigation@herrmanandherrman.com

5

Filed
9/14/2018 9:17 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER: 2018CCV-61670-1      COURT: _____

STYLED Monica Colunga vs. Walgreens, Inc.

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Name: Scott Staha | Email: ststaha@herrmanandherrman.com | Names of parties in case: Plaintiff(s)/Petitioner(s): Monica Colunga | Person or entity completing sheet is: ☒ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
|---|---|---|---|
| Address: 1201 Third Street | Telephone: 361-882-4357 | | Additional Parties in Child Support Case: |
| City/State/Zip: Corpus Christi, Texas 78404 | Fax: 361-883-7957 | Defendant(s)/Respondent(s): Walgreens, Inc. | Custodial Parent: Non-Custodial Parent: |
| Signature: /s/Scott Staha | State Bar No: 00785032 | | Presumed Father: |

[Attach additional page as necessary to list all parties]

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
- Debt/Contract
  - ☐ Consumer/DTPA
  - ☐ Debt/Contract
  - ☐ Fraud/Misrepresentation
  - ☐ Other Debt/Contract:
- Foreclosure
  - ☐ Home Equity—Expedited
  - ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
- Malpractice
  - ☐ Accounting
  - ☐ Legal
  - ☐ Medical
  - ☐ Other Professional Liability:
- ☐ Motor Vehicle Accident
- ☒ Premises
- Product Liability
  - ☐ Asbestos/Silica
  - ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus— Pre-indictment
- ☐ Other: _____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: _____

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
- Divorce
  - ☐ With Children
  - ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

### Tax
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

### Probate & Mental Health
- Probate/Wills/Intestate Administration
  - ☐ Dependent Administration
  - ☐ Independent Administration
  - ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000

Rev 2/13

**Citation for Personal Service –RESIDENT**

Case Number: **2018CCV-61670-1**


COPY
DELIVERED
9/24/18
By _____
Austin Process, LLC

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:   **Walgreens, Inc.**
      **By Serving Its Registered Agent: Prentice Hall Corporation System**
      **211 E 7th Street**
      **Austin TX 78701**
the Defendant,

GREETING:   You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Civil Case Information Sheet**; at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Robert J. Vargas, County Court at Law #1** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 14th day of September, 2018. A copy of same accompanies this citation.
The file number of said suit being Number:   **2018CCV-61670-1**

The style of the case is: **Monica Colunga vs. Walgreens, Inc.**

Said Petition was filed in said court by **Scott T. Staha**, attorney for Plaintiff, whose address is The Herrman Building 1201 Third St Corpus Christi TX 78404.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 20th day of September, 2018.

**ANNE LORENTZEN, DISTRICT CLERK**
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Martha Hominick_, Deputy
Martha Hominick

## RETURN OF SERVICE

2018CCV-61670-1

MONICA COLUNGA
VS.
WALGREENS, INC.

COUNTY COURT AT LAW #1

Name

**ADDRESS FOR SERVICE**
Walgreens, Inc.
By Serving Its Registered Agent: Prentice Hall Corporation System
211 E 7th Street
Austin TX 78701

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____, 20_____, at _____ o'clock ___. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ _____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Fees: _____, Officer
Serving Petition and Copy  $_____ _____, County, Texas
Total  $_____  By _____, Deputy

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement:

"My name is _____, my date of birth is _____, and my
        (First, Middle, Last)
address is _____
        (Street, City, State, Zip, Country)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

Filed
10/1/2018 2:46 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

CAUSE NO. 2018CCV-61670-1

| | | |
|---|---|---|
| MONICA COLUNGA | § | IN THE COUNTY COURT |
| Plaintiff | § | |
| | § | |
| VS. | § | AT LAW NUMBER 1 |
| | § | |
| WALGREEN INC, | § | |
| Defendants | § | NUECES COUNTY, TEXAS |

## DEFENDANT, WALGREEN CO'S ORIGINAL ANSWER AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WALGREEN CO. (incorrectly named Walgreen Inc.) (hereinafter referred to as Walgreen Co.),** one of the Defendants herein and files its Original Answer and Jury Demand to Plaintiff's Original Petition and would respectfully show the Court as follows:

### I.

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant Walgreen Co. enters a general denial of all matters pled by the Plaintiff and requests that the Court require the Plaintiff to prove her charges and allegations by a preponderance of the evidence as required by the Texas Rules of Civil Procedure and the Constitution of the State of Texas.

### II.

Pleading further and in the alternative, in the event Plaintiff seeks recovery for loss of earnings or loss of earning capacity, Plaintiff must present evidence of the net loss after reduction for income tax payments or unpaid tax liability pursuant

to any federal income tax law, as required by § 18.091 of the Texas Civil Practice and Remedies Code.

## III.

Pleading further and in the alternative, pursuant to Section 41.0105 of the Texas Civil Practice and Remedies Code, and in addition to any other limitation under law, Plaintiff's recovery of medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

## IV.

Pursuant to T.R.C.P. 193.7, Defendant notifies all counsel that Walgreen Co. intends to use the documents produced by each party in the above-referenced litigation in all pretrial proceedings and at the time of trial as evidence, and intends to rely on the authenticity of such documents.

## V.

Pursuant to Texas Rule of Civil Procedure 194, Defendant requests that Plaintiff disclose the information or material described in Rule 194.2(a-l) within thirty (30) days of the service of Defendant's Original Answer.

## VI.

### CONTRIBUTORY NEGLIGENCE

For further answer, if such be necessary, Defendant further alleges that Plaintiff's claims are barred, in whole or in part, due to Plaintiff's contributory negligence in that Plaintiff failed to exercise ordinary care, caution or prudence to avoid the accident. More specifically, Defendant alleges that at the time and place of the accident alleged in Plaintiff's Original Petition, Plaintiff

was not maintaining a proper lookout; and that her own actions or omissions were either the sole cause or contributed to the accident Plaintiff alleges occurred in her Original Petition. Such acts and omissions when taken together or separately, proximately caused the injuries and damages to Plaintiff which were alleged in Plaintiff's Original Petition.

## VII.

Defendant would show that Plaintiff's injuries and damages were proximately caused by the negligent conduct of Plaintiff **MONICA COLUNGA**, in one or more of the following respects:

1. In failing to keep a proper lookout for her own safety;
2. In failing to observe open and obvious sources of risk or danger;
3. In failing to take evasive action in order to avoid the accident in question;

Each of these acts and omissions, singularly or in combination with others, constituted negligence or negligence per se which proximately caused the occurrence made the basis of Plaintiff's actions and Plaintiff's injuries and damages.

## VIII.

Defendant Walgreen Co. hereby makes its written request for a jury trial in this cause pursuant to Rule 216 of the Texas Rules of Civil Procedure and deposits with the County Clerk of Nueces County, Texas, the requisite jury fee of Forty Dollars ($40.00).

WHEREFORE, PREMISES CONSIDERED, Defendant Walgreen Co. prays that Plaintiff's suit be dismissed at Plaintiff's cost and for such other and further relief to which it may be justly entitled, either at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com
lizg@rofllp.com


By: /s/ *David G. Oliveira*
**DAVID G. OLIVEIRA**
**State Bar No. 15254675**
**ATTORNEY FOR DEFENDANT**
**WALGREEN CO.**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 1st day of October, 2018, a true and correct copy of the foregoing WALGREEN CO.'S ORIGINAL ANSWER AND JURY DEMAND has been sent in accordance with the Texas Rules of Civil Procedure, to-wit:

Scott T. Staha
HERRMAN & HERRMAN, PLLC
1201 Third Street
Corpus Christi, Texas 78404
litigation@herrmanandherrman.com

/s/ *David G. Oliveira*
DAVID G. OLIVEIRA

Skip to Main Content  Logout  My Account  Search Menu  New Civil & Family Search  Refine Search  Back                    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2018CCV-61670-1

| | |
|---|---|
| Monica Colunga vs. Walgreens, Inc. | Case Type: **Injury or Damage - Other**<br>Date Filed: **09/14/2018**<br>Location: **CCAL1** |

§§§§§

---

## PARTY INFORMATION

| | | | |
|---|---|---|---|
| **Defendant** | Walgreens, Inc. | | **Attorneys**<br>**David G. Oliveira**<br>*Retained*<br>956-393-6300(W) |
| **Plaintiff** | Colunga, Monica | | **Scott T. Staha**<br>*Retained*<br>361-883-7705(W) |

---

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/14/2018 | **Original Petition (OCA)** |
| 09/14/2018 | **Original Petition Documents E-filed**<br>*Plaintiff's Original Petition* |
| 09/14/2018 | **Civil Case Information Sheet** |
| 09/14/2018 | **Service Request Information Sheet**<br>*Service Requested [jury fee paid]* |
| 09/14/2018 | **Jury Fee Paid** |
| 09/20/2018 | **Citation** |

| | | | |
|---|---|---|---|
| | Walgreens, Inc. | Served | 09/24/2018 |
| | | Response Due | 10/15/2018 |
| | | Returned | 09/26/2018 |

| | |
|---|---|
| 09/26/2018 | **Proof of Service**<br>*Citation - Walgreens, Inc.* |
| 10/01/2018 | **Original Answer**<br>*Defendant Walgreen Co's Original Answer and Jury Demand-jury fee paid* |
| 10/01/2018 | **Jury Fee Paid** |

---

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Defendant** Walgreens, Inc.<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 10/02/2018** | | 40.00<br>40.00<br>**0.00** |
| 10/01/2018 | Transaction Assessment | | 40.00 |
| 10/01/2018 | E-file Payment   Receipt # 2018-15646-DCCLK | Walgreens, Inc. | (40.00) |

| | | | |
|---|---|---|---|
| | **Plaintiff** Colunga, Monica<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 10/02/2018** | | 314.00<br>314.00<br>**0.00** |
| 09/14/2018 | Transaction Assessment | | 314.00 |
| 09/14/2018 | E-file Payment   Receipt # 2018-14752-DCCLK | Colunga, Monica | (314.00) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MONICA COLUNGA | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | JURY DEMAND |
| WALGREEN INC, | § | |
|     Defendant | § | |

## LIST OF COUNSEL OF RECORD

**COUNSEL FOR PLAINTIFF:**

Scott T. Staha
Texas State Bar No. 00785032
HERRMAN & HERRMAN, PLLC
1201 Third Street
Corpus Christi, Texas 78404
Telephone: (361) 882-4357
Facsimile: (361) 883-7957
ststaha@herrmanandherrman.com
litigation@herrmanandherrman.com

**COUNSEL FOR DEFENDANT:**

DAVID G. OLIVEIRA
Texas State Bar No. 15254675
Federal ID No. 34165
**ROERIG, OLIVEIRA & FISHER, LLP**
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com
lizg@rofllp.com